```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13704
   JASON A PERRIOTT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-1204

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/18/2007 and was confirmed 02/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ROBERT B KATZ              ADMINISTRATIV   NOT FILED           .00              .00
GMAC                       UNSEC W/INTER   NOT FILED           .00              .00
WASHINGTON MUTUAL/PROVID   UNSEC W/INTER   NOT FILED           .00              .00
CHASE BANK USA             UNSEC W/INTER      344.12          13.36           344.12
DAMITA BUFFINGTON & ASSO   DEBTOR ATTY          .00                             .00
TOM VAUGHN                 TRUSTEE                                             31.09
DEBTOR REFUND              REFUND                                           1,795.43

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,184.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                     344.12
    INTEREST                                   13.36
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           31.09
DEBTOR REFUND                               1,795.43
                       ---------------    ---------------
TOTALS                  2,184.00             2,184.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/28/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE












                        PAGE   2
        CASE NO. 07 B 13704 JASON A PERRIOTT